# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DELFINO GONZALEZ SANCHEZ,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> **ET AL.,** ) <br> ) <br> **Defendants.** | Civil Action Number <br> **1:13-CV-540-AKK-JEO** |

## ORDER

On January 30, 2015, the Magistrate Judge issued his report and recommendation, doc. 37, regarding Defendants' motion for summary judgment as to Plaintiff's *Bivens* claims, docs. 31, 32. Although Plaintiff was advised of his right to file specific written objections within fourteen days, doc. 37 at 27, he has not responded to the report and recommendation. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the Magistrate Judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. It is, therefore, **ORDERED** that Defendants' motion for summary judgment is **GRANTED**. Accordingly, Plaintiff's *Bivens* claims are **DISMISSED without**

**prejudice**. Furthermore, this matter is **REFERRED** to the Magistrate Judge for further proceedings as to the remaining claims.

    **DONE** the 27th day of February, 2015.

                                               **ABDUL K. KALLON**
                                       UNITED STATES DISTRICT JUDGE